463 A.2d 40

Commonwealth v. Hostler, Appellant.
Petition for Allowance of Appeal
Denied Nov. 14, 1983.

Argued March 8, 1983. Steven V. Manbeck, for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and MONTEMURO, JJ.

Judgment of sentence affirmed.